UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER,<br><br>  Plaintiff,<br><br>   vs.<br><br>NANCY BACKUS,<br><br>  Defendant. | NO.  C22-1853RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*.  The complaint in this matter was filed on December 27, 2022.  The Clerk of Court sent a notice of deficiency letter indicating that the filing fee or Application for In Forma Pauperis needed to be submitted by January 30, 2023, Dkt. # 3.  To date, plaintiff has not paid the filing fee or filed an Application for In Forma Pauperis.  The Court having given Plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 4th day of April, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL

ORDER OF DISMISSAL